**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **LINKSMART WIRELESS TECHNOLOGY, LLC,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>1.　**SIX CONTINENTS HOTELS, INC.,;  AND**<br>2.　**INTERCONTINENTAL HOTELS GROUP RESOURCES, INC.,**<br><br>　　　　Defendants. | Civil Action No. 2:09-CV-26<br><br><br>The Honorable T. John Ward<br>United States District Judge<br><br><br>JURY |

**DEFENDANTS SIX CONTINENTS HOTELS, INC. AND INTERCONTINENTAL
HOTELS GROUP RESOURCES, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Defendants Six Continents Hotels, Inc. and InterContinental Hotels Group Resources, Inc. file this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the following:

　　　　1.　　InterContinental Hotels Group Resources, Inc. is a subsidiary of Six Continents Hotels, Inc.

　　　　2.　　Six Continents Hotels, Inc. has an ultimate parent, InterContinental Hotels Group PLC, which issues shares of stock on the London Stock Exchange.

　　　　3.　　The voting shares of InterContinental Hotels Group PLC are not traded on the New York Stock Exchange. InterContinental Hotels Group PLC facilitates foreign investment in its stock traded on the London Stock Exchange by means of American Depositary Receipts

-2-

(evidencing American Depository Shares which are issued by the Bank of New York), which are traded and listed on the New York Stock Exchange as "IHG."

    4.    Ellerman Corporation Limited holds 10 percent of the stock of InterContinental Hotels Group PLC.

Respectfully submitted,

Dated: February 10, 2009

By: /s/ John M. Guaragna
John M. Guaragna, Esq.
(Texas Bar No. 24043308)
DLA Piper LLP (US)
1221 South MoPac Expressway, Suite 400
Austin, TX 78746-6875
Telephone: 512-457-7000
Facsimile: 512-457-7001

**Attorney for Defendants**
**Six Continents Hotels, Inc. and**
**Intercontinental Hotels Group Resources, Inc.**

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of February, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ John M. Guaragna
John M. Guaragna
